In the United States District Court
For the Southern District of Georgia
Waycross Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 APR 19 AM 8:37
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| MATEO PEREZ, | |
| Petitioner, | CIVIL ACTION NO.: 5:17-cv-84 |
| v. | |
| TRACY JOHNS, | |
| Respondent. | |

# ORDER

Presently before the Court is the Magistrate Judge's January 19, 2018, Report and Recommendation, dkt. no. 14, to which Petitioner Mateo Perez ("Perez") failed to file Objections.[1] After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES without prejudice** Perez's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Perez leave to appeal *in forma pauperis*.

---

[1] Plaintiff filed a Response/Motion of Miscellaneous on February 27, 2018. Dkt. No. 16. However, Plaintiff's Response/Motion does not include Objections to the Magistrate Judge's Report and Recommendation. Indeed, Plaintiff indicates that he has since begun to exhaust his remedies to "comply with the Court's requirements." Id. at p. 1.

AO 72A
(Rev. 8/82)

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this \_\_18\_\_ day of \_\_April\_\_, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA